IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al. | |
| Plaintiffs, | 16cv1898<br>ELECTRONICALLY FILED |
| v. | LEAD CASE |
| LETTUCE ENTERTAIN YOU ENTERPRISES, INC, | |
| Defendant. | |

| | |
|---|---|
| LISA FRAZIER, ACCESS NOW, INC., R. DAVID NEW | |
| Plaintiffs, | 17cv0006<br>MEMBER CASE |
| v. | |
| CHURCHILL DOWNS INCORPORATED, | |
| Defendant. | |

| | |
|---|---|
| LISA FRAZIER, ACCESS NOW, INC., R. DAVID NEW, | |
| Plaintiffs, | 17cv0012<br>MEMBER CASE |
| v. | |
| OMNI HOTELS MANAGEMENT CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| LISA FRAZIER, ACCESS NOW, INC. *a not-for-profit corporation, and,* R. DAVID NEW,<br><br>        Plaintiffs,<br><br>        v.<br><br>E.L.I. TRADING, INC. *doing business as* MICA BELLA COSMETICS,<br><br>        Defendant. | 17cv0024<br>MEMBER CASE |
| LISA FRAZIER, ACCESS NOW, INC. *a not-for-profit corporation, and,* R. DAVID NEW,<br><br>        Plaintiffs,<br><br>        v.<br><br>AMERISERV FINANCIAL BANK,<br><br>        Defendant. | 17cv0031<br>MEMBER CASE |
| RACHEL GNIEWKOWSKI, ACCESS NOW, INC. *a not-for-profit corporation; and*, R. DAVID NEW,<br><br>        Plaintiffs,<br><br>        v.<br><br>BDF HOLDINGS, INC.<br><br>        Defendant. | 17cv0054<br>MEMBER CASE |

| | |
|---|---|
| RACHEL GNIEWKOWSKI, ACCESS NOW, INC. *a not-for-profit corporation*, R. DAVID NEW,<br><br>        Plaintiff,<br><br>        v.<br><br>BJ'S RESTAURANTS, INC.,<br><br>        Defendant. | 17cv0067<br>MEMBER CASE |
| LISA FRAZIER, ACCESS NOW, INC. *a not-for-profit corporation*, R. DAVID NEW,<br><br>        Plaintiffs,<br><br>        v.<br><br>BUFFALO WILD WINGS, INC.,<br><br>       Defendant. | 17cv0082<br>MEMBER CASE |
| LISA FRAZIER, ACCESS NOW, INC. *a not-for-profit corporation*, R. DAVID NEW,<br><br>        Plaintiffs,<br><br>        v.<br><br>SNEAKER VILLA, INC,<br><br>       Defendant. | 17cv0088<br>MEMBER CASE |

LISA FRAZIER,

        Plaintiff,                                  17cv0091
                                                MEMBER CASE

            v.

COGO'S CO.,

        Defendant.

---

LISA FRAZIER,

        Plaintiff,                                  17cv0114
                                                MEMBER CASE

            v.

AARON'S INC.,

        Defendant.

---

LISA FRAZIER,

        Plaintiff,                                  17cv0123
                                                MEMBER CASE

            v.

HCA HOLDINGS, INC.,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 17-06, 17-12, 17-24, 17-31, 17-54, 17-67, 17-82, 17-88, 17-91, 17-114, and 17-123 are hereby consolidated with Civil Action No. 16-1898, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 16-1898.

3. The Clerk of Court shall close Civil Action No. 17-06, 17-12, 17-24, 17-31, 17-54, 17-67, 17-82, 17-88, 17-91, 17-114, and 17-123.

**SO ORDERED** this 1ST day of February, 2017.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge