## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al., <br><br> Plaintiffs, <br> vs. <br><br> LETTUCE ENTERTAIN YOU ENTERPRISES, INC., <br><br> Defendant. | No. 2:16-cv-1898-AJS <br><br> LEAD CASE |
| LISA FRAZIER, <br><br> Plaintiffs, <br> vs. <br><br> HCA HOLDINGS, INC., <br><br> Defendant. | No. 2:17-cv-0123-AJS <br><br> MEMBER CASE |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff Lisa Frazier, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notifies the Court she voluntarily dismiss their Complaint against HCA Holdings, Inc. Defendant has not answered Plaintiffs' Complaint nor moved for summary judgment on any claims asserted therein. Therefore, Plaintiffs' dismissal is permitted by Fed. R. Civ. P. 41(a)1)(A)(i) without a Court Order.

Respectfully submitted,

Dated: March 1, 2017

**Counsel for Plaintiffs:**

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esquire
R. Bruce Carlson, Esquire
Kevin W. Tucker, Esquire
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243 (phone)
bcarlson@carlsonlynch.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system on March 1, 2017.

/s/ Benjamin J. Sweet