IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>LETTUCE ENTERTAIN YOU ENTERPRISES, INC.,<br><br>        Defendant. | No. 2:16-cv-1898-AJS<br><br>LEAD CASE |
| ACCESS NOW, INC., a not-for-profit corporation; R. DAVID NEW; ERICA WALZ, and LISA FRAZIER,<br><br>        Plaintiffs,<br>vs.<br><br>OMAHASTEAKS.COM, INC.,<br><br>        Defendant. | No. 2:17-cv-00269-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Access Now, Inc., R. David New, Erica Walz, and Lisa Frazier, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, Omahasteaks.com, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: March 29, 2017                    Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
CARLSON LYNCH SWEET KILPELA &
CARPENTER LLP
1133 Penn Avenue, 5th Floor

Pittsburgh, PA 15222
www.carlsonlynch.com
(p)  412 322-9243

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on March 29, 2017.

                                                    */s/ Benjamin J. Sweet*