IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>LETTUCE ENTERTAIN YOU ENTERPRISES, INC.,<br><br>        Defendant. | CASE NO. 2:16-cv-1898-AJS |

## STIPULATION OF DISMISSAL

Plaintiffs, Rachel Gniewkowski, Access Now, Inc., and R. David New, and Defendant, Lettuce Entertain You Enterprises, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.


Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet<br>**Carlson Lynch Sweet Kilpela & Carpenter, LLC**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br>bsweet@carlsonlynch.com<br><br>*Attorney for Plaintiffs* | */s/ Mark T. Phillis*<br>Mark T. Phillis<br>**Littler Mendelson, P.C.**<br>625 Liberty Avenue, 26th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 201-7636<br>mphillis@littler.com<br><br>*Attorney for Defendant* |