### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al.,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>LETTUCE ENTERTAIN YOU ENTERPRISES, INC.,<br><br>　　　　　Defendant. | No. 2:16-cv-1898-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>BDF HOLDING CORP.,<br><br>　　　　　Defendant. | No. 2:17-cv-00054-AJS<br><br>MEMBER CASE |

### NOTICE OF VOLLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Plaintiffs Rachel Gniewkowski, Access Now, Inc., and R. David New, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notifies the Court they voluntarily dismiss their Complaint against BDF Holding Corp. Defendant has not answered Plaintiffs' Complaint nor moved for summary judgment on any claims asserted therein. Therefore, Plaintiffs' dismissal is permitted by Fed. R. Civ. P. 41(a)1)(A)(i) without a Court Order.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: April 7, 2017　　　　　　　　**Counsel for Plaintiffs:**

　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　Benjamin J. Sweet, Esquire
　　　　　　　　　　　　　　　　　　R. Bruce Carlson, Esquire
　　　　　　　　　　　　　　　　　　Kevin W. Tucker, Esquire
　　　　　　　　　　　　　　　　　　Carlson Lynch Sweet & Kilpela, LLP
　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　412-322-9243 (phone)
　　　　　　　　　　　　　　　　　　bcarlson@carlsonlynch.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system on April 7, 2017.

/s/ Benjamin J. Sweet