**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al., <br><br>         Plaintiffs, <br> vs. <br><br> LETTUCE ENTERTAIN YOU ENTERPRISES, INC., <br><br>         Defendant. | 2:16-cv-1898-AJS <br><br> LEAD CASE |
| LISA FRAZIER, <br><br>         Plaintiffs, <br> vs. <br><br> AARON'S, INC., <br><br>         Defendant. | No. 2:17-cv-00114-AJS <br><br> MEMBER CASE |

## <u>NOTICE OF SETTLEMENT</u>

COME NOW Plaintiff, Lisa Frazier, by and through her undersigned counsel, and hereby advises this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated: April 7, 2017           Respectfully Submitted,

                                          */s/ Benjamin J. Sweet*
                                          Benjamin J. Sweet (PA87338)
                                          CARLSON LYNCH SWEET KILPELA
                                          & CARPENTER, LLP
                                          1133 Penn Avenue, 5th Floor
                                          Pittsburgh, PA 15222
                                          Phone: (412) 322-9243
                                          bsweet@carlsonlynch.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 7th day of April, 2017.

*/s/ Benjamin J. Sweet*