# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, ACCESS NOW, INC., and R. DAVID NEW, <br><br> Plaintiffs, <br> vs. <br><br> LETTUCE ENTERTAIN YOU ENTERPRISES, INC., <br><br> Defendant. | No. 2:16-cv-1898-AJS <br><br> LEAD CASE |
| RACHEL GNIEWKOWSKI, et al., <br><br> Plaintiffs, <br> vs. <br><br> BJ'S RESTAURANTS, INC., <br><br> Defendant. | No. 2:17-cv-0067-AJS <br><br> MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiffs Rachel Gniewkowski, Access Now, Inc., and R. David New, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, BJ's Restaurants, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: April 24, 2017               Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
CARLSON LYNCH SWEET KILPELA &
CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

www.carlsonlynch.com
(p)  412 322-9243

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on April 24, 2017.

                                                    */s/ Benjamin J. Sweet*