IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al., <br><br> Plaintiffs, <br> vs. <br> LETTUCE ENTERTAIN YOU ENTERPRISES, INC., <br><br> Defendant. | No. 2:16-cv-1898-AJS <br><br> LEAD CASE |
| LISA FRAZIER; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW, <br><br> Plaintiffs, <br> v. <br> E.L.I. TRADING, INC. d/b/a MICA BELLA COSMETICS, <br><br> Defendant. | Case No. 2:17-cv-00024-AJS <br><br> MEMBER CASE |

### REQUEST TO ENTER DEFAULT

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

You will please enter the default of the defendant, E.L.I. Trading Inc., for failure to plead other otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the record and from the affidavit of Benjamin J. Sweet, which is attached hereto.

/s/ Benjamin J. Sweet
Benjamin J. Sweet

AND NOW, THIS 2nd DAY OF May, 2017, pursuant to request to enter default and affidavits filed, default is hereby entered against Defendant for failure to plead or otherwise defend.

BY THE CLERK:

_____
Clerk of the U.S. District Court for the
Western District of Pennsylvania