## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>       Plaintiffs,<br>vs.<br><br>LETTUCE ENTERTAIN YOU ENTERPRISES, INC.,<br><br>       Defendant. | No. 2:16-cv-1898-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>       Plaintiff,<br>vs.<br><br>BJ'S RESTAURANTS, INC.,<br><br>       Defendant. | No. 2:17-cv-0067-AJS<br><br>MEMBER CASE |

## **STIPULATION OF DISMISSAL**

Plaintiff, Rachel Gniewkowski, Access Now, Inc., and R. David New and Defendant, BJ's Restaurants, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

      1.      This action shall be DISMISSED, with prejudice; and

      2.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin J. Sweet* | */s/ Mark T. Phillis* |
| Benjamin J. Sweet, Esq. | Mark T. Phillis, Esq. |
| Stephanie K. Goldin, Esq. | **Littler Mendelson, P.C.** |
| **Carlson Lynch Sweet Kilpela & Carpenter, LLC** | 625 Liberty Avenue, 26th Floor |
| 1133 Penn Avenue, 5th Floor | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15222 | Phone: 202-828-5337 |
| Phone: (412) 322-9243 | mphillis@littler.com |
| bsweet@carlsonlynch.com | |
| sgoldin@carlsonlynch.com | *Attorney for Defendant* |
| | |
| *Attorneys for Plaintiffs* | |

APPROVED and SO ORDERED this

\_\_\_\_\_ day of _____, 2017.

_____
U.S. District Judge Arthur J. Schwab