# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al.,<br><br>Plaintiffs,<br>vs.<br><br>LETTUCE ENTERTAIN YOU ENTERPRISES, INC.,<br><br>Defendant. | No. 2:16-cv-1898-AJS<br><br>LEAD CASE |
| LISA FRAZIER, ACCESS NOW, INC. R. DAVID NEW,<br><br>Plaintiffs,<br>vs.<br><br>CHURCHILL DOWNS INCORPORATED,<br><br>Defendant. | No. 2:17-cv-0006-AJS<br><br>LEAD CASE |

## **NOTICE OF SETTLEMENT**

COMES NOW Plaintiffs Lisa Frazier, Access Now, Inc., and R. David New, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, Churchill Downs Incorporated. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: May 18, 2017                    Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
CARLSON LYNCH SWEET KILPELA &
CARPENTER LLP

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
www.carlsonlynch.com
(p)  412 322-9243

2

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that I caused a true and correct copy of the foregoing document to be filed and served via ECF upon:

Kevin M. O'Hagan
O'Hagan Meyer
One E Wacker, Suite 3400
Chicago, IL 60601
T. (312) 422-6100
kohagan@ohaganmeyer.com

                                                   */s/ Benjamin J. Sweet*
                                                  Benjamin J. Sweet, Esquire
                                                  Carlson Lynch Sweet & Kilpela, LLP
                                                  1133 Penn Avenue, 5th Floor
                                                  Pittsburgh, PA 15222
                                                  T. (412) 322-9243
                                                  F. (412)231-0246
                                                  ekilpela@carlsonlynch.com

Dated: May 18, 2017                                 *Counsel for Plaintiffs, Access Now, Inc., R. David New, and Lisa Frazier*