IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, et al.,<br><br>      Plaintiffs,<br>vs.<br><br>LETTUCE ENTERTAIN YOU ENTERPRISES, INC.,<br><br>      Defendant. | No. 2:16-cv-1898-AJS<br><br>LEAD CASE |
| LISA FRAZIER,<br><br>      Plaintiffs,<br>vs.<br><br>COGO'S, CO.,<br><br>      Defendant. | No. 2:17-cv-00091-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Lisa Frazier, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, CoGo's, Co. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: May 23, 2017                Respectfully Submitted,

                                        */s/ Benjamin J. Sweet*
                                        Benjamin J. Sweet (PA87338)
                                        bsweet@carlsonlynch.com
                                        Stephanie Goldin (PA202865)
                                        sgoldin@carlsonlynch.com
                                        CARLSON LYNCH SWEET KILPELA & CARPENTER LLP
                                        1133 Penn Avenue, 5th Floor
                                        Pittsburgh, PA 15222
                                        www.carlsonlynch.com
                                        (p)  412 322-9243

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on May 23, 2017.

<u>/s/ Benjamin J. Sweet</u>