IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, ACCESS NOW, INC., and R. DAVID NEW,<br><br>  Plaintiffs,<br>vs.<br><br>LETTUCE ENTERTAIN YOU ENTERPRISES, INC.,<br><br>  Defendant. | No. 2:16-cv-1898-AJS<br><br>LEAD CASE |
| LISA FRAZIER; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>  Plaintiffs,<br>  v.<br><br>SNEAKER VILLA, INC.,<br><br>  Defendant. | No. 2:17-cv-00088-AJS<br><br>MEMBER CASE |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiffs Lisa Frazier, Access Now, Inc., and R. David New, by and through their undersigned counsel, and hereby advise this Honorable Court they have reached an agreement in principle with Defendant, Sneaker Villa, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: August 22, 2017                     Respectfully Submitted,

                                           /s/ Benjamin J. Sweet
                                           Benjamin J. Sweet (PA87338)
                                           bsweet@carlsonlynch.com
                                           Stephanie Goldin (PA202865)
                                           sgoldin@carlsonlynch.com
                                           CARLSON LYNCH SWEET KILPELA &
                                           CARPENTER LLP

1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
www.carlsonlynch.com
(p)  412 322-9243

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on August 22, 2017.

*/s/ Benjamin J. Sweet*