# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI, ACCESS NOW, INC., a nonprofit corporation, and R. DAVID NEW,<br><br>      Plaintiffs,<br>v.<br><br>LETTUCE ENTERTAIN YOU ENTERPRISES, INC,<br><br>      Defendant. | Civil Action No. 2:16-cv-1898<br>LEAD CASE<br><br>Judge Arthur J. Schwab<br><br>*Electronically Filed* |
| LISA FRAZIER, ACCESS NOW, INC., a not-for-profit corporation, and R. DAVID NEW,<br><br>      Plaintiffs,<br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br><br>      Defendant. | Civil Action No. 2:17-cv-00012-AJS<br>MEMBER CASE |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Access Now, Inc., R. David New, and Lisa Frazier, and Defendant, Omni Hotels Management Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1.    This action shall be DISMISSED, with prejudice; and

2.    Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Date:  November 3, 2017

Respectfully submitted,

| **Counsel for Plaintiffs:** | **Counsel for Defendant:** |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Jennifer G. Betts* |
| Kevin W. Tucker, Esquire | Jennifer G. Betts, Esq. |
| Benjamin J. Sweet, Esquire | Ogletree, Deakins, Nash, Smoak & |
| R. Bruce Carlson, Esquire | Stewart, P.C. |
| Carlson Lynch Sweet & Kilpela, LLP | One PPG Place, Suite 1900 |
| 1133 Penn Avenue, 5th Floor | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15222 | T. (412) 246-0153 |
| 412-322-9243 (phone) | jenn.betts@ogletree.com |
| 412-231-0246 (fax) | |
| bcarlson@carlsonlynch.com | |
| bsweet@carlsonlynch.com | |
| ktucker@carlsonlynch.com | |

31856036.1